**George Kenneth COLBERT,
Plaintiff–Appellant,**

v.

**M. CARRASCO; et al., Defendants–
Appellees.**

No. 15–16563

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by Ninth Circuit Rule 36–3.

Submitted October 25, 2016 *

Filed November 03, 2016

George Kenneth Colbert, Pro Se.

Michelle M. Mayer, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

California state prisoner George Kenneth Colbert appeals pro se from the district court's summary judgment for failure to exhaust administrative remedies in his 42 U.S.C. § 1983 action alleging a First Amendment retaliation claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Albino v. Baca,* 747 F.3d 1162, 1168 (9th Cir. 2014) (en banc). We affirm.

The district court properly granted summary judgment because Colbert failed to raise a genuine dispute of material fact as to whether he properly exhausted his available administrative remedies with respect to the claim at issue in this case. *See id.* at 1171–72 (setting forth respective burdens where a defendant argues that a prisoner failed to exhaust under the Prison Litigation Reform Act); *Sapp v. Kimbrell,* 623 F.3d 813, 824 (9th Cir. 2010) ("A grievance suffices to exhaust a claim if it puts

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

the prison on adequate notice of the problem for which the prisoner seeks redress.").

## AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.